Dismissed and Memorandum Opinion filed March 26, 2009








Dismissed
and Memorandum Opinion filed March 26, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00797-CV

____________

 

IRENE D. PREWITT,
Appellant

 

V.

 

CACV OF COLORADO,
Appellee

 



 

On Appeal from the
County Civil Court at Law No. 3

Harris County, Texas

Trial Court Cause No.
871648

 



 

M E M O R A N D U M   O P I N I O N

This is an attempted appeal from a judgment signed July 10,
2008.  The clerk=s record was filed on September 17,
2008.  The reporter=s record was filed September 5, 2008.  Two extensions of time
to file the brief were granted until January 9, 2009.  No brief was filed.








On
January 29, 2009, this Court issued an order stating that unless appellant
submitted her brief, together with a motion reasonably explaining why the brief
was late, on or before March 2, 2009, the Court would dismiss the appeal for
want of prosecution.  See Tex. R.
App. P. 42.3(b).

Appellant filed no response.

Accordingly,
the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed March 26, 2009.

Panel consists of Justices Yates,
Guzman, and Sullivan.